Cynthia J. Emry (SBN 161763)
cynthia.emry@jacksonlewis.com
Lyubov Lerner (SBN 311762)
Lyubov.lerner@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:   (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant,
WESTERN STATES FIRE PROTECTION COMPANY,
(erroneously sued as "WESTERN STATES FIRE PROTECTION COMPANY, INC.")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| RAQUEL GOMEZ, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTERN STATES FIRE PROTECTION COMPANY, INC a California corporation and DOES 1 through 60, inclusive,<br><br>    Defendants. | CASE NO.:<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed Concurrently with Civil Case Cover Sheet; Notice of Removal; Declarations of Cynthia J. Emry and Mike Wade and Exhibits Related Thereto; and Certification and Notice of Interested Parties]<br><br>Complained filed:   June 29, 2020 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF RAQUEL GOMEZ AND HER COUNSEL OF RECORD HEREIN:

Rule 7.1(a) of the Federal Rules of Civil Procedure provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."

In accordance with Rule 7.1(a), the undersigned counsel of Defendant Western States Fire Protection Company (erroneously sued as "Western States Fire Protection Company, Inc.") ("Defendant") certifies that the below is a full and complete list of the entities required to be disclosed pursuant to Rule 7.1(a):

1. Western States Fire Protection Company is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business located at 7020 S. Tucson Way, Centennial, Colorado 80112.

2. Western States Fire Protection Company is a wholly owned subsidiary of APi Group, Inc., a Minnesota corporation. APi Group, Inc. is wholly owned by APi Group DE, Inc., a Delaware Corporation, which in turn is wholly owned by APi Group Corporation, a Delaware Corporation.

Dated: July 30, 2020                                         JACKSON LEWIS P.C.


By:      /s/ Cynthia J. Emry
         Cynthia J. Emry
         Lyubov Lerner

         Attorneys for Defendant
         WESTERN STATES FIRE
         PROTECTION COMPANY
         (erroneously sued as WESTERN
         STATES FIRE PROTECTION
         COMPANY, INC.)

4831-4000-7364, v. 1