Douglas N. Silverstein (SBN 181957)
Catherine J. Roland (SBN 266957)
KESLUK, SILVERSTEIN, JACOB & MORRISON P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA 90069
Tel: (310) 273-3180; Fax: 310-273-6137

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL GOMEZ, an individual<br><br>Plaintiff(s),<br><br>v.<br>WESTERN STATES FIRE PROTECTION COMPANY, a California corporation and DOES 1 through 60, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-06924-AB-MRW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

12/18/2020
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-09 (03/10)    NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is 9255 Sunset Boulevard, Suite 411, Los Angeles, California 90069.

On January 15, 2021, I served the following documents on all interested parties in this action as follows:

- **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

/ X /   (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/ /   (BY PERSONAL SERVICE) I caused to be delivered by an authorized courier or driver of EXPRESS NETWORK the documents listed above to be received and delivered on the same date by the person(s) listed below.

/ /   (BY E-MAIL) This document was electronically transmitted to the person(s) set forth below.

Cynthia J. Emry
cynthia.emry@jacksonlewis.com
Lyubov Lerner
Lyubov.lerner@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant,
WESTERN STATES FIRE PROTECTION COMPANY,
(erroneously sued as "WESTERN STATES FIRE PROTECTION COMPANY, INC.)

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on January 15, 2021, at Los Angeles, California.

          /s/ Francheska Stone
          Francheska Stone