Douglas N. Silverstein (SBN 181957)
dsilverstein@californialaborlawattorney.com
Catherine J. Roland (SBN 266957)
croland@californialaborlawattorney.com
KESLUCK, SILVERSTEIN, JACOB & MORRISON P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137
Attorneys for Plaintiff, RAQUEL GOMEZ

Cynthia J. Emry (SBN 161763)
Lyubov Lerner (SBN 311762)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
E-mail:       cynthia.emry@jacksonlewis.com
              luybov.lerner@jacksonlewis.com

Attorneys for Defendant,
WESTERN STATES FIRE PROTECTION COMPANY
(erroneously sued as Western States Fire Protection Company, Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| RAQUEL GOMEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN STATES FIRE PROTECTION COMPANY, INC, a California corporation and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-06924-AB-MRW<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff RAQUEL GOMEZ and Defendant WESTERN STATES FIRE PROTECTION COMPANY (erroneously sued as Western States Fire Protection Company, Inc.) (collectively, the "Parties"), having resolved this case pursuant to a confidential settlement agreement (the "Agreement"), hereby stipulate to voluntary dismissal of this matter, with prejudice, as to all parties, with no prevailing party, and each side to bear its own fees and costs. The parties request, pursuant to FRCP 41(a), that the Court order the case dismissed on the terms above.

Dated: 1/22/2021

KESLUK, SILVERSTEIN, JACOB & MORRISON P.C.

By: /s/ Catherine J. Roland
Douglas N. Silverstein
Catherine J. Roland

Attorneys for Plaintiff
RAQUEL GOMEZ

Dated: 1/22/2021

JACKSON LEWIS P.C.

By: /s/ Cynthia J. Emry
Cynthia J. Emry
Lyubov Lerner

Attorneys for Defendant
WESTERN STATES FIRE PROTECTION COMPANY, INC.

2
JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is 9255 Sunset Boulevard, Suite 411, Los Angeles, California 90069.

On January 22, 2021, I served the following documents on all interested parties in this action as follows: **JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND PROPOSED ORDER**

/ /     (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/ /     (BY PERSONAL SERVICE) I caused to be delivered by an authorized courier or driver of EXPRESS NETWORK the documents listed above to be received and delivered on the same date by the person(s) listed below.

/ X /   (BY E-MAIL) This document was electronically transmitted to the person(s) set forth below.

Cynthia J. Emry
cynthia.emry@jacksonlewis.com
Lyubov Lerner
Lyubov.lerner@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant,
WESTERN STATES FIRE PROTECTION COMPANY,
(erroneously sued as "WESTERN STATES FIRE PROTECTION COMPANY, INC.)

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on January 22, 2021, at Los Angeles, California.

                                                  /s/ Francheska Stone
                                                  Francheska Stone