JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| RAQUEL GOMEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN STATES FIRE PROTECTION COMPANY, INC, a California corporation and DOES 1 through 60, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-06924-AB-MRW**<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE** |

THE COURT, having reviewed the Joint Stipulation And Request For Dismissal Of Entire Action and All Parties With Prejudice, which advised the Court that the matter has been resolved pursuant to a confidential settlement agreement between the parties ("Settlement Agreement"), hereby ORDERS as follows:

## ORDER

This matter is hereby dismissed in its entirety, with prejudice, as to all parties, with no prevailing party, and each side to bear its own fees and costs.

DATED: January 26, 2021       By: _____
Hon. André Birotte Jr.
U.S. District Court Judge